# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2363 Disciplinary Docket No. 3 |
| | : | |
| JOHN CHURCHMAN SMITH, JR. | : | No. 193 DB 2016 |
| | : | |
| | : | Attorney Registration No. 58234 |
| | : | |
| | : | (Philadelphia) |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of January, 2019, on certification by the Disciplinary Board that John Churchman Smith, Jr., who was suspended on consent for a period of one year, has filed a verified statement showing compliance with the Order of Suspension and Pa.R.D.E. 217, John Churchman Smith, Jr. is reinstated to active status.